IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-0246-WYD-MEH

CLEAR SKIES NEVADA, LLC,

     Plaintiff,

v.

JOHN DOE 1,
JOHN DOE 3,
JOHN DOE 5,
JOHN DOE 6,
JOHN DOE 7,
JOHN DOE 9,
JOHN DOE 10,

     Defendants.

## ORDER DISMISSING PARTY WITHOUT PREJUDICE

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 6 and John Doe 7 (ECF No. 18), filed on April 8, 2016.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants John Does 6 and 7 shall be **DISMISSED WITHOUT PREJUDICE** from this action.  Accordingly, it is

ORDERED that Defendants John Does 6 and 7 are **DISMISSED WITHOUT PREJUDICE** from this action.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of John Does 6 and 7.

Dated: April 13, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge